NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONSUMERON, LLC,**
*Appellant*

**v.**

**MAPLEBEAR INC., DBA INSTACART,**
*Appellee*

---

2024-1703, 2024-1704, 2024-1705, 2024-1706

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01356, IPR2022-01357, IPR2022-01358, IPR2022-01359.

---

## JUDGMENT

---

DANIEL NOAH LERMAN, Herbert Smith Freehills Kramer LLP, Washington, DC, argued for appellant. Also represented by ROY T. ENGLERT, JR.; PAUL J. ANDRE, JAMES R. HANNAH, Redwood Shores, CA; JENNA FULLER, JEFFREY PRICE, New York, NY.

ANGELA M. OLIVER, Haynes and Boone, LLP, Washington, DC, argued for appellee. Also represented by SCOTT T. JARRATT, Plano, TX; DEBRA JANECE MCCOMAS, Dallas, TX; LAURA VU, San Francisco, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 12, 2026
Date

Jarrett B. Perlow
Clerk of Court